JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NAVJOT SINGH,                                )    Case No. ED CV 26-00213 FMO (PVC)
                                             )
              Petitioner,                    )
                                             )
       v.                                    )    **JUDGMENT**
                                             )
MARK BOWEN, <u>et</u> <u>al</u>.,            )
                                             )
                                             )
              Respondents.                   )
_____             )

       IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 20th day of March, 2026.


                                                        /s/
                                             _____
                                                 Fernando M. Olguin
                                                 United States District Judge